BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BELTRAN-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0228 CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER SETTING TRIAL DATE** |
| v. | ) | |
| | ) | Hearing Date: September 16, 2009 |
| JOSE BELTRAN-CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        The above-captioned matter was before the Court on September 3, 2009 for status and/or

trial setting.  The Court provided three available dates to commence trial.  The parties have since

met and conferred.  All parties are available to commence trial on December 21, 2009.

Accordingly, the parties ask that the September 16, 2009 status conference be vacated, and that

the case be placed on calendar for the pretrial conference on December 9, 2009.  The parties

jointly request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

3161(H)(7)(A) and (B)(iv), between the date of this stipulation and December 21, 2009.

September 4, 2009                    _____/s/_____

                                    NED SMOCK
                                    Assistant Federal Public Defender

September 4, 2009                                  _____/s/_____

                                                  WADE RHYNE
                                                  Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

The Court hereby schedules the case for trial to commence on December 21, 2009. The September 16, 2009 status conference is vacated. The pretrial conference will be held on December 9, 2009. Time is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between the date of this stipulation and December 21, 2009.

IT IS SO ORDERED.

 September 14, 2009                             _____
Date                                           HON. CLAUDIA WILKEN
                                               United States District Judge